E-FILED
Tuesday, 08 May, 2007  04:53:46 PM
Clerk, U.S. District Court, ILCD

FILED
MAY - 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Patricia M. LaGrone Scadlock

Plaintiff,               )
                         )
vs.                      )  No. 07-2094
                         )
Chanute AFB         ,    )
                         )
Defendant(s)             )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Patricia M. LaGrone Scadlock, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Again, so much has happened again up around Chanute AFB with me. Now I have my daughter here, she is now 22 years and a psychiatric patient as well. I told the judge I would relocate, but I didn't intend to depart from my child.

3. In further support of my motion, I declare that (check appropriate answer):

✓   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

___ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

__✓__    I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Patricia M. LaGrone Scurlock_
Movant's Signature

_1786 Walker Avenue_
Street Address

_Memphis, Tn. 38114_
City/State/Zip Code

Date: _Mar 7, 2007_

10/94

2

4. In further support of my motion, I declare that (check appropriate answer):

___✓___  I have attached an original application to proceed in forma pauperis detailing my financial status.

_____  I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____  I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____Patricia M. LeJeune Scedlock_____
Movant's Signature

_____1786 Walker Ave._____
Street Address

_____Memphis, Tn._____
City/State/Zip Code

Date: _____

10/94

2