UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICIA M. LaGRONE SCADLOCK, | ) ) ) | |
| Plaintiff, | ) ) | 07-2094 |
| v. | ) ) | |
| CHAMPAIGN COUNTY HOUSING AUTHORITY, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

The plaintiff, Patricia M. LaGrone Scadlock, has filed an application for leave to proceed without prepayment of fees on her complaint, brought pursuant to 42 U.S.C. § 1983. She has also filed a motion for appointment of counsel.

To authorize a litigant to proceed *in forma pauperis*, the court must make two determinations. It must decide first whether the litigant is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a)(1). If so, it must then determine whether the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

LaGrone's application for leave to proceed without prepayment of fees is incomplete. She states that she receives disability and other payments but does not state how often she receives them, or how much she receives from those sources. Consequently, the court cannot determine whether she is unable to pay the costs of commencing the action.

Even if LaGrone were to cure this deficiency, the court would nonetheless deny the application because her complaint is frivolous and or fails to state a claim upon which relief may be granted. A complaint is frivolous if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). To state a claim pursuant to Section 1983, the plaintiff must present facts sufficient to show that the defendants, acting under color of state law, deprived the plaintiff of a constitutional or statutory right or interest. *Bublitz v. Cottey*, 327 F.3d 485, 488 (7th Cir. 2003). LaGrone's complaint is far from the short and plain statement required under Fed. R. Civ. P. 8(a)(2). Her lengthy pleadings allege unrelated claims against a long list of defendants. There is no potentially meritorious Section 1983 claim to be found in the pages and pages of documents submitted by the plaintiff.

Consequently, the court denies the motion for application to proceed without prepayment of fees [1] and the motion to appoint counsel [2]. This case is terminated. The clerk is directed to place the original complaint in the case file and return all photocopies to the plaintiff.

Entered this 9th day of May, 2007.

**s\ Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE