2:07-cv-02094-HAB-DGB    # 4    Page 1 of 1                                        E-FILED
                                                          Thursday, 10 May, 2007  09:24:18 AM
AO 450 (Rev. 5/85) Judgment in a Civil Case                  Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

PATRICIA LaGRONE M. SCADLOCK

      vs.            Case Number:    **07-2094**

CHAMPAIGN COUNTY HOUSING AUTHORITY DEVELOPEMENT
DR. RICHARD ALLEN CRANDELL, PHD
DR. JAY ANDERS, MD
COMMUNITY SERVICE CENTER RANTOUL
SOCIAL SECURITY ADMINISTRATION, Champaign, IL and Memphis, TN
CHRIS ZAVALA, Champaign County Housing Authority
NANCY BROWN, Community Service Center
STANLEY JAMES, Champaign County Housing Development

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff's Motion for Application to Proceed Without Prepayment of Fees is DENIED.

ENTER this 10th day of May, 2007

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK