07-2094
FILED
MAY 16 2007
U.S. CLERK'S OFFICE
URBANA, IL

1486 Walker Ave.
Memphis, Tn.
May 13, 2007

To the Court, Relief con't'd

When my house burnt up, I burnt my foot. Convenient didn't take good care of it.

At the time I was at Christie as Dr. Sam's office a man with a briefcase would appear when I went in for my appointment and would leave as I was departing from my appointment. It may have happening at the time or on or before I called the FBI because I thought the doctors would be killed at Christie as a man had a gun I guess at me on the elevator. I didn't think of the State Police or Champaign County police.

I was afraid of the State Police because they was at Parkland after classes being like the Security Police, esay.

Dr Sundaram was my doctor appointed after Dr. Sam went away.

I've been without medicine here because it was difficult to get in to see a physician. I was denied medicine repeatedly by Dr. Sundaram's nurse at Christie Clinic at Windsor here in Memphis.

Enclosed is a power bill sent to me from the Village of Rantoul.

I may have another address if I can get one as soon as possible. I've always had troubles in my family since the death of my mother and father.

I didn't know it would be like this. I'm accused of everything and wasn't anything but ill. I don't need any more pschiatrist it is no good. Thank You for listening and hearing with me.

Patricia M. LaGene Scadlock

**FINANCIAL RECOVERY SERVICES, INC.**

802 N. Clinton St., Suite B
P.O. Box 1007
Bloomington, IL 61702-1007
(309) 827-6000

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | ☐ VISA ☐ MASTERCARD |
|---|---|
| NAME OF CARD HOLDER | |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP DATE |
| DATE | |

```
             YOU MAY PAY WITH CREDIT CARD BY COMPLETING
             AND RETURNING THE ABOVE FORM

PATRICIA SCADLOCK                                      5/03/07
428 S CHANUTE AP 1                               CODE: S17593

RANTOUL, IL  61866


CREDITOR                SERVICED  PRINCIPAL  INTEREST  COL.CHGS    TOTAL
--------                --------  ---------  --------  --------    -----
VILLAGE OF RANTOUL      06/14/06    488.53      .00       .00     488.53
TOTAL                               488.53      .00       .00     488.53


             YOUR CREDIT IS A PRICELESS ASSET.

PAYMENT IN FULL WILL KEEP YOUR BILL FROM SHOWING ON YOUR CREDIT
RECORD AS AN UNPAID COLLECTION ITEM FOR A PERIOD OF SEVEN (7) YEARS.
YOU ARE ENTITLED TO INSPECT YOUR CREDIT RECORD.  OUR CLIENTS RECORDS
SHOW THAT YOUR BILL IS CURRENTLY DUE IN FULL.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS
NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION
THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY
THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE,
THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY
OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION.
IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING
THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS
OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

AS AGENT OF THE CREDITOR ABOVE WE WILL CHARGE AND COLLECT INTEREST
AT THE RATE OF FIVE (5) PER CENTUM PER ANNUM STARTING 30 DAYS
FOLLOWING THE DATE OF THIS NOTICE.

PLEASE RETURN THIS NOTICE WITH PAYMENT IN FULL.

THIS LETTER IS FROM A DEBT COLLECTOR.
```