case no 07-20-94
07-2094
U.S. District Court,

I am trying to get back everything they tried to leave me without. They don't want me with my own home. They just want to keep misusing my mail and leaving me alone. A burden on my sister Woodmark has caused. Taking Take my mail.

There were 3 other FBI agents there on Juniper Drive that I stated in one of my cases before. It was about the police. I didn't mention the 3 agents. When the Chief of FBI and Jean Parks and the Doctor from Andrews did what they did to me in that apartment, I didn't know what to believe. I can't see a doctor. The Social Security board is mistreating me, here also just as in Champaign. I need some suggestions. I can't really afford an attorney.

It has got to stop sometime — not any mail.

Patricia M. LaJune Scadlock.