E-FILED
Wednesday, 27 June, 2007  12:05:22 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

17-20-94    07-2094

When I was arrested by Officer Ernesto in Mitchell County in 1991 I was never told what I was arrested for. I lost my child because of that particular officer as well as my mind was being used. When I moved to Jumaji Drive I was harassed there by him. When I was speaking to my daughter which was a child on the telephone that was hospitalized at Zeller Behavioral health center he picked up and interrupted saying something that fighted her. Gov. Ryan got rid of Zellers. I wrote and thanked him. The reason I am bringing this up is I was jailed again

(2)

Handcuffed in Mitchell where my daughter still resides with my sister turned me away from her house just as I was evicted from a Champaign County housing apartment after being mistreated.

I went to court the last time against the police officer that said it was statue of limitations it wasn't. It hadn't been six years. I was never told what I was jailed for. My daughter is still away from me. It was against the law for my daughter to be removed from me. When will I get some attention other than my mail being used and mistreated by doctors. I need my daughter

(3)

Julie Hoops at Champaign Housing Authority told me I could have my niece Eva Warner live with me but not my daughter. They never was give me a 2 bedroom place to reside. They cut my utility check. I did have government benefits. I will contact Hud again to check on my Section 8 since I left against my will, unintentionally I left my daughter. I had to sneak and get my daughter register to vote. She being kept afra

4

It still hasn't been 6 years, Officer Wilkinson his car over my lawn at 428 S. Chanute the last residence I had when I was at in Rantoul. The case was closed because you didn't hear from me. I did mail the letter. I was burned out after you stated statute of limitations, you asked me to continue I did. I'm sorry about the mail I didn't have any control over it I did mail it.

All of this came upon it. An FBI agent is in the Bushey Mountain Penetory I'm told to be reason I have been mistreated

I am still alive because of the good lord alone. I've been hurt, yet again. I've had to relocate just as I told you I would do if I had to do but I hadn't planned on doing it without my daughter.

I didn't think I would get treated as bad as I was when and after I did her in Memphis, it seems forever. Harter and Hart not see a doctor. Following me to Memphis, I'll try you again.

Patricia M. LaGrone-Scadlock
1486 Walker Avenue
Memphis, TN 38114

U.S. District Court
201 S. Vine St.
Urbana, Il.
61802